FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

FEB 23 2015

CHRISTOPHER A. PRINE
CLERK _____

01-15-00127.CR

Hello,

My name is Candance Nicole Maxie, and I am writing this letter because I recieved a letter back from you about my motion to Appeal.

Your letter states that if I am not the court reporter in this case that I should advise the court in writing Immediately. With that being said, I am not the court reporter in this case, and I am wandering if the court may consider an appeal without a reporter's record. I NEVER WENT BEFORE MY JUDGE THIS TIME INCARCERATED, and was also wondering if I could be assigned an different court appointed attorney. The last one I had made some false statements on my behalf in front of the judge that I NEVER AGREED to.

I am in here for violating my probation yes, but not because I didn't do my community service or get a job. Because my 1st Probation officer told me I didn't have to do any of that until I heard back from dissability. So please help and let me know what else I need to do to get my appeal granted because my attorney also told me some other things that were not true & I feel as if he forced me to sign for the time I took. Also is there a way that you can mail me the docketing statement as the website, and phone are not an option for me at this time???

  - Candance Nicole Maxie
  Inmate: 02246661   1200 Baker 4A2A
  Houston, Tx. 77002

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

FEB 28 2015

CHRISTOPHER A. PRINE
CLERK

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name: Candance Mavie
SPN: 02246661    Cell: 4A2A
Street: 1200 Baker
Houston, Texas 77002



N HOUSTON HCSO
TX 773
19 FEB '15
PM 4 L

U.S. POSTAGE ⟩⟩ PITNEY BOWES

ZIP 77019 $ 000.48⁰
02 1W
0001374179 FEB 19 2015

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

FEB 2 3 2015

CHRISTOPHER A. PRINE
CLERK

Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002

INDIGENT

7700220699

